STATE OF NEW JERSEY v. JAMES LIVINGSTON.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MARTIN SANTANELLO.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL MATTHEWS.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ARNETT LEE THOMAS.

May 2, 1983.

Petition for certification denied.